```
UNITED STATES DISTRICT COURT              DJGPC FILE
SOUTHERN DISTRICT OF NEW YORK             NO.: 24451
-----------------------------------X

ADVANCED MARKETING RESEARCH, INC.,        Case No.
D/B/A EVERYDAY FURNISHINGS,               CV 07-11212(RMB)

                    Plaintiff,

        -against-

PILOT AIR FREIGHT CORP.,

                    Defendant.            NOTICE OF
-----------------------------------X      APPEARANCE
```

S I R (S):

PLEASE TAKE NOTICE that the plaintiff, CELERANT TECHNOLOGY CORP., by its attorney, DAVID J. GOLD, P.C., hereby appears in the above-entitled matter, and that the undersigned has been retained as attorney for plaintiff.

Dated:   New York, New York
         Thursday, December 20, 2007.

                                          Yours, etc.,

                                          _____
                                          DAVID J. GOLD, P.C.
                                          (DG-4912)
                                          Attorney for Plaintiff
                                          Office and P.O. Address
                                          116 John Street, Suite 3110
                                          New York, New York 10038-3411
                                          Tel.: (212) 962-2910
                                          Fax:  (212) 962-2919
                                          EMail: djgpcesq1@aol.com

```
TO:   NIXON PEABODY LLP
      Attorneys for Defendant
      Office and P.O. Address
      437 Madison Avenue
      New York, New York 10022
      Tel.: (212) 940-3726
```

*AFFIDAVIT OF SERVICE*

STATE OF NEW YORK           )

COUNTY OF NEW YORK          ) ss.:

    LOUISE SAUER, being duly sworn, deposes and says:

    I reside in New York, New York.

    I am over the age of 18 years and am not a party to the within action.

    On Thursday, December 20, 2007, I served the annexed:

*NOTICE OF APPEARANCE*

upon NIXON PEABODY LLP, the persons named therein as the attorneys for the named defendant, in the following manner:

    By mailing the same in a sealed envelope with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, via regular mail, addressed to the last known address of the addressee(s) as indicated below (the address designated by said party as his/her address):

437 Madison Avenue
New York, New York 10022

Sworn to before me this
Thursday, December 20, 2007.
_____
NOTARY PUBLIC
DAVID J. GOLD
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-4872791
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 9/15/2010

_____
LOUISE SAUER