UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ADVANCED MARKETING RESEARCH, INC.
D/B/A/ EVERYDAY FURNISHINGS,

                               **Case Management Plan**

                   Plaintiff,

           - against -

                               07 CV 11212

PILOT AIR FREIGHT CORP.,

                 Defendant.    Index No. 603767/07
------------------------------------------------------------ X

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by – ~~February 15, 2008~~ 6/1/08

(ii)    Amend the pleadings by – ~~February 15, 2008~~ 3/1/08

(iii)   All discovery to be **expeditiously** completed by – ~~April 30, 2008~~ 5/15/08

(iv)   Consent to Proceed before Magistrate Judge - ~~No~~ Yes [illegible handwriting]

(v)    Status of settlement discussions : open, possible informal mediation; [illegible] continue on 5/19/08 @ 9:30 with the principals

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions

(vii)  Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix)   Final Pre-Trial Conference

(x)    Trial

(xi)   Other

SO ORDERED:    New York, New York,
                          1/9/08

/s/ RMB
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

10848894.1