LAW OFFICES OF
# DAVID J. GOLD, P.C.
116 JOHN STREET
SUITE 3110
NEW YORK, NEW YORK 10038-3411

**MEMO ENDORSED**

TEL.: 212.962.2910
FAX: 212.962.2919
EMAIL: DJGPCESQ1@AOL.COM

HAND DELIVERED

Thursday, May 15, 2008

HONORABLE JUDGE RICHARD M. BERMAN
UNITED STATES DISTRICT COURT
40 Centre Street, Room 706
New York, New York 10007

RE:  ADVANCED MARKETING RESEARCH, INC. v. PILOT AIR FREIGHT CORP.
     DJGPC File No.: 24451
     Case No.: CV 07-11212

Dear Judge Berman:

Please be advised that the undersigned represents plaintiff, in connection with the above-entitled matter.

Please be further advised that this matter is scheduled to appear on the Court's settlement conference calendar on Monday, May 19, 2008 at 9:30 A.M.

The parties are pleased to report that they are working towards settlement and would therefore respectfully request an adjournment of same, on consent, for three (3) weeks to a date convenient for the Court to finalize settlement discussions. The parties would also respectfully request a brief enlargement of the discovery deadlines.

Please note that this is a first request for an adjournment. Thank you.

Very truly yours,

DAVID J. GOLD

DJG/ls

cc:  Nixon Peabody LLP
     Att: Renee F. Bergmann, Esq.
     Attorneys for Defendant
     Via Facsimile Only: 212.940.3111

---

**Handwritten endorsement:**

Settlement conference with principals adjourned to 6/10/08 @ 10:30 A.M. Discovery extended to 6/9/08. Parties to negotiate settlement in advance of the conference.

SO ORDERED
Date: 5/15/08
Richard M. Berman, U.S.D.J.