UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADVANCED MARKETING
RESEARCH, INC.,

         07 Civ. 11212 (RMB)

      Plaintiff,

  - against -

         **ORDER OF DISCONTINUANCE**

PILOT AIR FREIGHT CORP.,

      Defendant.
------------------------------------------------------------x

   Based upon the parties' letter, dated June 9, 2008, indicating that the parties have reached a settlement agreement, it is hereby

   **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendant may apply, on or before July 10, 2008 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED.**

Dated: New York, New York
   June 10, 2008

                _RMB_____
                **Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

1